UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/3/2024
```

------------------------------------------------------------- X
                            :

FREDDY PENA,             :
                           :

             Plaintiff,     :         1:24-cv-02232-GHW
                           :

           -v-                 :             <u>ORDER</u>
                           :

MACY'S RETAIL HOLDINGS, LLC,    :
                           :

             Defendant.    :
                           :
------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

On March 27, 2024, the Court ordered Defendant to show cause why this action should not

be remanded for lack of subject matter jurisdiction, as Defendant had failed to establish its

citizenship for the purposes of determining whether the Court has diversity jurisdiction over this

matter. Dkt. No. 5. On April 3, 2024, Defendant submitted a letter noting that "new information

has become available" and that it believes "there is no longer diversity among the parties." Dkt. No.

6. Defendant further stated, "We understand this case will need to be remanded back to the New

York Supreme Court . . . ." *Id.*

"If at any time before final judgment it appears that the district court lacks subject matter

jurisdiction, the case shall be remanded." 28 U.S.C. § 1447(c). Defendants have "the burden of

establishing that removal is proper." *Abbo-Bardley v. City of Niagara Falls*, 73 F.4th 143, 148 (2d Cir.

2023). Given Defendant's representations above, Defendant has failed to satisfy its burden of

establishing that removal was proper and that this Court has jurisdiction over this matter.

Accordingly, this case is remanded to the New York Supreme Court for lack of subject matter

jurisdiction.

The Clerk of Court is directed to remand this case to the Supreme Court of the State of New York, County of New York, without delay.

SO ORDERED.

Dated: April 3, 2024
        New York, New York

_____
GREGORY H. WOODS
United States District Judge